I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/21/14

D. Vo
DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        DV        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAGNER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MATTHEW CATES,<br><br>　　　　Respondent. | Case No. EDCV 14-2354-AG (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 21, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY